No. 5020. CLARK v. SMITH, WARDEN. Sup. Ct. Ga. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment reversed, *Miranda* v. *Arizona,* 384 U. S. 436 (1966), and case remanded for further proceedings. MR. JUSTICE BLACK dissents. ▮

No. 5006. MATHIS v. NEW JERSEY. Sup. Ct. N. J. Reported below: 52 N. J. 238, 245 A. 2d 20;

No. 5015. MATHIS v. ALABAMA. Sup. Ct. Ala. Reported below: 283 Ala. 308, 216 So. 2d 286;

No. 5022. SPECK v. ILLINOIS. Sup. Ct. Ill. Reported below: 41 Ill. 2d 177, 242 N. E. 2d 208;

No. 5027. SEGURA v. PATTERSON, WARDEN. C. A. 10th Cir. Reported below: 402 F. 2d 249;

No. 5058. WHAN v. TEXAS. Ct. Crim. App. Tex. Reported below: 438 S. W. 2d 918;

No. 5063. DUPLESSIS v. LOUISIANA. Sup. Ct. La. Reported below: 253 La. 992, 221 So. 2d 484;

No. 5064. JAGGERS v. KENTUCKY. Ct. App. Ky. Reported below: 439 S. W. 2d 580;

No. 5065. AIKEN v. WASHINGTON, and

No. 5066. WHEAT v. WASHINGTON. Sup. Ct. Wash. Reported below: 75 Wash. 2d 421, 452 P. 2d 232; and

No. 5074. PRUETT v. OHIO. Sup. Ct. Ohio. Reported below: 18 Ohio St. 2d 167, 248 N. E. 2d 605. Motions for leave to proceed *in forma pauperis* and certiorari granted. Judgments, insofar as they impose the death sentence, reversed and cases remanded for further proceedings. *Witherspoon* v. *Illinois,* 391 U. S. 510 (1968); *Boulden* v. *Holman,* 394 U. S. 478 (1969); and *Maxwell* v. *Bishop,* 398 U. S. 262 (1970). MR. JUSTICE BLACK dissents.